# EXHIBIT A

EFiled:  Aug 17 2021 09:33PM EDT
Transaction ID 66858295
Case No. N21C-08-086 AML CCLD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NEXSTAR MEDIA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  N21C-08-086 AML CCLD |
| | ) | |
| SPECTRUM MANAGEMENT | ) | |
| HOLDING COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO FILE
### EXHIBIT TO COMPLAINT UNDER SEAL

Plaintiff Nexstar Media Inc. ("Plaintiff"), by its undersigned counsel, respectfully seeks leave, pursuant to Superior Court Civil Rule 5(g), for the entry of an order in the form attached hereto authorizing the filing of Exhibit 1 to the Complaint (the "Exhibit," enclosed herewith) under seal.  The grounds for the motion are as follows:

1. Plaintiff filed its Complaint on August 11, 2021.  Because of its confidential and sensitive nature, Plaintiff filed a slip-sheet in place of the Exhibit to its Complaint.

2. Superior Court Civil Rule 5(g) grants the Court authority to seal the Exhibit upon a showing of "good cause."  Sup. Ct. Civ. R. 5(g)(2).

3. Superior Court Civil Rule 5(g) further provides that "Court Records or portions thereof shall not be placed under seal unless and except to the extent that

the person seeking the sealing thereof shall have first obtained, for good cause

shown, an order of this Court specifying those Court Records, categories of Court

Records, or portions thereof which shall be place under seal . . . ." *Id.*

      4. Exhibit 1, submitted herewith, is a retransmission consent agreement

between the parties, which sets forth the rates and other terms that govern Defendant

Spectrum Management Holding Company, LLC's distribution to its subscribers of

television stations owned or, in certain circumstances, serviced by Plaintiff. Plaintiff

maintains the highest level of confidentiality for this information. The Exhibit is

highly sensitive from a competitive standpoint, including because Plaintiff

negotiates similar contracts with different parties. Public disclosure of the terms of

Exhibit 1 could result in substantial competitive harm to Plaintiff.

      5. Accordingly, Plaintiff seeks an order granting it permission to file the

Exhibit to the Complaint on the docket under seal.

      6. The relevant portions of the Exhibit are quoted in the Complaint.

Accordingly, Plaintiff respectfully requests that the Court waive the public version

requirement pursuant to Superior Court Civil Rule 5(g)(2).

      WHEREFORE, Plaintiff respectfully requests that this Court enter an order in

the form attached hereto authorizing Plaintiff to file the Exhibit to the Complaint

under seal.

*Of Counsel*:

Mitchell A. Kamin
Mark Chen
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
(424) 332-4800

Lindsey Barnhart
COVINGTON & BURLING LLP
3000 El Camino Real, 5 Palo Alto
Square
Palo Alto, CA 94306
(650) 632-4700

Dated: August 13, 2021

/s/ *Daniel J. McBride*
A. Thompson Bayliss (#4379)
Daniel J. McBride (#6305)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778 - 1000

*Attorneys for Plaintiff Nexstar Media Inc.*

3

# EXHIBIT B

EFiled:  Aug 17 2021 09:33PM EDT
Transaction ID 66858295
Case No. N21C-08-086 AML CCLD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NEXSTAR MEDIA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  N21C-08-086 AML CCLD |
| | ) | |
| SPECTRUM MANAGEMENT | ) | |
| HOLDING COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING MOTION FOR
### LEAVE TO FILE EXHIBIT TO COMPLAINT UNDER SEAL

Plaintiff Nexstar Media Inc. ("Plaintiff") having moved for an order

permitting it to file Exhibit 1 to the Complaint (the "Exhibit") in the above-captioned

action under seal,

IT IS ORDERED this ___16ᵗ___ day of August, 2021, that:

1.    Good cause having been shown, Plaintiff is hereby permitted to file

Exhibit 1 to the Complaint under seal.

2.    The public version requirement of Superior Court Civil Rule 5(g)(2) is

hereby waived.

_____
Judge Abigail M. LeGrow

NCC PROTHONOTARY
H
2021 AUG 16  P 2: 14