## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEXSTAR MEDIA INC. (f/k/a NEXSTAR BROADCASTING, INC.),<br><br>            Plaintiff,<br><br>v.<br><br>SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>            Defendant. | C.A. No. |

### [PROPOSED] ORDER

The Court, having considered Defendant Spectrum Management Holding Company, LLC's Motion to File Exhibit 1 to Exhibit A of its Notice of Removal Under Seal, and for good cause shown, it is **HEREBY ORDERED** that:

1. Defendant's Motion is **GRANTED**; and

2. Exhibit 1 to Exhibit A of its Notice of Removal may be filed Under Seal.

**IT IS SO ORDERED** this _____ day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

RLF1 26070176v.1